# SCHROPP LAW FIRM
PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW

CHARLES P. SCHROPP*
CHARLES M. SCHROPP

2309 S. MACDILL AVENUE
SUITE 101
TAMPA, FLORIDA 33629
(813) 418-3320
FAX (813) 418-3321
WWW.SCHROPPLAW.COM

* BOARD CERTIFIED APPELLATE LAWYER
AND CERTIFIED CIRCUIT COURT MEDIATOR

February 6, 2015

Fourth Circuit Court of Appeals
Lewis F. Powell, Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Re: *Chester Moore v. Dish Network, LLC*
US Fourth Circuit Court of Appeals Case No. 14-2245
USDC Northern District of West VA Case No. 3:13-cv-00036-GMG-RWT

Dear Sir or Madam:

In my capacity as appellate counsel for the Appellee, Chester Moore, in the above-referenced matter, and by the suggestion of a Fourth Circuit Court employee, I am writing this letter to explain the circumstances of this case. I have had opposing counsel, Mr. Eric Zalud, review this letter prior to its filing, and he has indicated that he has no objection to its contents.

I have been informed by trial counsel that a settlement agreement has been reached that will result in full resolution of the case and dismissal of the appeal. Unfortunately, the time required for finalization of the settlement will be prolonged by the fact that Mr. Moore's signature on the settlement agreement will have to be obtained by mail because he has neither a fax machine nor a computer equipped with a scanner. It is hoped that the settlement agreement can be finalized within the next ten days. Because of the settlement, it is anticipated that no further briefing or other substantive work will occur in this appeal.

Respectfully submitted,

Charles M. Schropp

cc: <u>Via Email</u>
Eric Zalud, Esquire
Michael J. Vitoria, Esquire

C:\data\090046-29\Corr\Clerk Ltr 001.wpd